UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOMESCHOOL BUYERS CLUB, INC.,
                              Plaintiff,

-against-

BRAVE WRITER, LLC,
                              Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

19 **CIVIL** 6046 (VSB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 11, 2020, Defendant's motion to dismiss is GRANTED, and Plaintiff's motion for a preliminary injunction is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
           March 12, 2020

                                           **RUBY J. KRAJICK**

                                             **Clerk of Court**

                    **BY:**
                                             **Deputy Clerk**